Inez HUNTER, Plaintiff–Appellant

v.

Jane ANDERSON; Northstar Residential, L.L.C.; John Duffy; Jeff Von Feldt; Jenel Sauber; Pondview Townhomes of Woodbury, L.P.; John Does 1 through 50, in Minnesota Department of Human Rights ("MDHR"); Kimberly Nevels; John Does 51 through 100, United States Department of Urban Development ("HUD"), Defendants–Appellees.

No. 13–3087.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 6, 2014.

Filed: June 26, 2014.

Inez Hunter, Saint Paul, MN, pro se.

Leah Chalmers Janus and Haley Waller Pitts, Fredrikson & Byron, Minneapolis, MN, for Defendants–Appellees.

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inez Hunter appeals the district court's [1] dismissal of her complaint raising a variety

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the

of housing-discrimination and state-law claims. Upon careful de novo review, *see Saterdalen v. Spencer,* 725 F.3d 838, 840–41 (8th Cir.2013) (standard of review), we conclude the district court properly dismissed the complaint for the reasons explained in the thorough report and recommendation that the court adopted.

Accordingly, we deny Hunter's pending motions and we affirm. *See* 8th Cir. R. 47B.

---

District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, now retired.